IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOWN OF GEORGETOWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 15-554-SLR |
| DAVID A. BRAMBLE, INC. and LIBERTY MUTUAL INSURANCE COMPANY, | ) | |
| Defendants. | ) | |
| v. | ) | |
| LEE RAIN, INC., and TRAVIS, PATTERN & FOUNDRY, INC., | ) | |
| Third Party Defendants. | ) | |

**O R D E R**

At Wilmington this 15th day of March, 2016, for the reasons set forth in the memorandum order issued this date;

IT IS ORDERED that plaintiff Town of Georgetown's motion to quash (D.I. 47) is denied.

United States District Judge